JOHN R. MILLER, Appellant, *v.* SHUBERT THEATRICAL COMPANY, Respondent.

*Miller* v. *Shubert Theatrical Co.*, 172 App. Div. 907, affirmed.

(Argued October 24, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover

on a contract for services. The complaint alleged that
defendant contracted to employ plaintiff's assignor for
a stated period and discharged him before the expiration
thereof. The defense was that the contract was one
by which the employee was to perform to the satisfaction
of his employer and. that he was discharged for failure
to give satisfaction.

*Paul N. Turner* for appellant.

*Charles H. Tuttle* and *William Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK
and HOGAN, JJ. Not sitting: McLAUGHLIN, J. Absent:
CRANE, J.